November 1, 1974.

M. P. No. 74-294. LEROY W. ARMSTRONG *v*. VIRGINIA D. ARMSTRONG. Matter came on to be heard before Mr. Justice Kelleher on November 1, 1974 on petitioner's Motion for Injunctive Relief or Stay of Enforcement of Judgment Pending an Appeal, and upon consideration it is Ordered:

1. Until further order the respondent, Virginia D. Armstrong, her attorney, agents and servants are restrained and enjoined from conducting a foreclosure sale on the Nursing Home property at Ten Rod Road, North Kingstown, Rhode Island, on November 6, 1974, or any other date.

2. The costs of giving the requisite notice of the foreclosure sale are to be paid by the petitioner, Leroy W. Armstrong. *James P. Flynn,* for petitioner. *Milton Stanzler,* for respondent.

APPEAL No. 74-295. SAMUEL D. MOTT AND BARBARA SPRAGUE *v*. ROBERT F. BURNS AND HARRY F. CURVIN. Plaintiff's petition for an immediate review of decision entered by the Superior Court on October 30, 1974, is denied without prejudice. *F. Albert Starr,* Town Solicitor, for plaintiff Barbara Sprague. *Tillinghast, Collins & Graham, Edward J. Regan,* for Henry G. Hutchinson, amicus curiae. *Richard J. Israel,* Attorney General, for defendant.